HENRY KNIGHT et al., Respondents, *v.* THE NEW YORK AND MANHATTAN BEACH RAILWAY COMPANY, Impleaded, etc., Appellant.

(Argued February 3, 1886; decided March 2, 1886.)

*Samuel E. Brown* for appellant.

*Lewis J. Morrison* for respondents.

Agree to affirm; no opinion.

All concur.

Judgment affirmed.